U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED May 8 2025
CAROL L. MICHEL
CLERK
cf                                    Mail

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL.* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | JURY TRIAL DEMANDED |

# NOTICE OF APPEAL (FIFTH CIRCUIT)
# CASE NO. 2:25-cv-00197-JCZ-DPC

NOW COMES Plaintiff HIRAN RODRIGUEZ, appearing *pro se* and *sui juris*, without conceding any unlawful jurisdiction and expressly reserving all rights under UCC 1-308, and hereby provides formal notice that he appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment and all adverse orders entered in the above-captioned matter. This appeal is taken pursuant to 28 U.S.C. §1291 and Rule 3 of the Federal Rules of Appellate Procedure.

This Notice encompasses all adverse rulings from Rec. Doc. 65 forward, including but not limited to:

• Rec. Doc. 65 – Clerk's denial of Plaintiff's Notice of Default, based on misapplication of Rule 4(c)(2) and erroneous interpretation of service upon corporate agents under Rule 4(h)(1)(B).

• Rec. Doc. 77 – Blanket denial of all Plaintiff's motions, including injunctive relief, without individualized findings or adequate analysis of Plaintiff's constitutional harms.

• Rec. Doc. 91 – Motion to Recuse filed by Plaintiff under 28 U.S.C. §§ 144 and 455, detailing evidence of judicial bias and disqualification triggers.

• Rec. Doc. 100 – Improper denial of Plaintiff's Motion to Recuse by the same judge accused of bias, contrary to mandatory reassignment procedure under § 144.

• Rec. Doc. 101 – Order denying reconsideration of Rec. Doc. 77, compounding judicial error without procedural redress.

• Rec. Doc. 102 – Referral to Magistrate Judge Currault and entry of stay on all deadlines, which prevented Plaintiff from obtaining default judgments.

2

• Rec. Doc. 103 – Denial of Emergency Motion for Protective Order despite credible threats and evidentiary support.

• Rec. Doc. 109 – Magistrate's denial of Plaintiff's request for evidentiary hearing, depriving Plaintiff of a factual record to support his claims.

• Rec. Doc. 117 – Clerk's denial of entry of default against properly served Defendant Mark Zuckerberg.

• Rec. Doc. 128 – Order denying Plaintiff's motion to vacate the Clerk's improper denial of entry of default.

• Rec. Doc. 137 – Report and Recommendation dismissing all claims under 28 U.S.C. §1915, issued without consideration of Plaintiff's constitutional claims or defaults.

• Rec. Doc. 186 – District Judge's adoption of the R&R without de novo review of Plaintiff's objections, in violation of §636(b)(1).

• Rec. Doc. 187 – Final judgment and unconstitutional pre-filing injunction barring future access to court without prior approval.

This Notice also includes any interlocutory rulings or implicit orders merged into final judgment.

Grounds for Appeal:

1. Violation of Due Process under the Fifth and Fourteenth Amendments, including denial of opportunity to be heard before dismissal.

2. Judicial Bias and Misconduct in contravention of 28 U.S.C. §§ 144 and 455, including self-adjudication of recusal motion.

3. Improper Denial of Defaults against Defendants who failed to respond post-service by U.S. Marshals.

4. Procedural Irregularities in the issuance of Report and Recommendations, stays, and docket control measures affecting filing access.

5. Unconstitutional Pre-Filing Injunctions issued without evidentiary findings or opportunity for objection.

Reservation of Rights:

This Notice is filed without prejudice and does not waive any substantive or procedural right. Plaintiff explicitly preserves all claims of judicial misconduct, irregularity, fraud on the court, and constitutional injury, including pending judicial complaints under 28 U.S.C. § 351.

4

This Notice is submitted via EDSS and/or U.S. Mail solely for the purpose of preserving appellate rights. Compliance with Rec. Doc. 187's restrictions is made under protest.

Respectfully submitted,

*Hiran Rodriguez* HR 05/05/2025

/s/ Hiran Rodriguez

Hiran Rodriguez, *Pro Se* Plaintiff

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

Dated: May 5, 2025

All Rights Reserved – UCC 1-308

Without Prejudice – Without Recourse

5

## NOTICE OF SUBMISSION

NOW INTO COURT, comes Plaintiff, **HIRAN RODRIGUEZ**, appearing *sui juris* and *pro se*, and respectfully gives notice that the foregoing Motion or Filing shall be submitted to the duly assigned Article III judge or any reassigned judicial officer, consistent with Plaintiff's jurisdictional objections and previously filed Motion to Recuse Judge Jay C. Zainey under 28 U.S.C. § 455(a) and (b) (Rec. Doc. 91), which was denied by Judge Zainey in Rec. Doc. 100 but remains constitutionally contested under 28 U.S.C. § 144.

This motion or filing or notice is made to preserve the record for appeal or reinstatement and is filed without waiving any objections to the Court's prior proceedings.

Respectfully submitted, this 5th day of May, 2025.

/s/ HIRAN RODRIGUEZ   05/05/2025

**HIRAN RODRIGUEZ**, *SUI JURIS*

PRO SE PLAINTIFF

820 Grove Avenue

1

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** May 5, 2025.

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

2

# CERTIFICATE OF SERVICE

I, **HIRAN RODRIGUEZ**, hereby certify under penalty of perjury that on this **5th day of May, 2025,** a true and correct copy of the following filings:

**(1)** Plaintiff's Motion to Strike Orders Issued by Judge Jay C. Zainey as Fraudulent and Void,

**(2)** Emergency Motion for Protective Order To Preserve Filing Access And Court Record,

**(3)** Motion for Entry of Rule 54(b) Judgment,

**(4)** Rule 60(d)(3) Motion for Relief from Judgment Due to Fraud on the Court,

**(5)** Renewed Motion for Entry of Default Judgment,

**(6)** Motion to Vacate All Orders Issued After Filing of Recusal Motion (Rec. Doc. 91),

**(7)** Declaration of Hiran Rodriguez regarding Clerk's Office Obstruction of Filings

**(8)** Notice of Appeal (Fifth Circuit) Case No. 2:25-cv-00197-JCZ-DPC

…was mailed to the Clerk of Court and thereby served on the presiding judge, and was also electronically served to all Defendants (and/or their counsel of record). This motion or filing or notice is made to preserve the record for appeal or reinstatement and is filed without waiving any objections to the Court's prior proceedings.

1

All Rights Reserved – UCC 1-308

Without Prejudice – Without Recourse

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

Respectfully submitted,

*Hiran Rodriguez* HR 05/05/2025

**/s/ HIRAN RODRIGUEZ,** *SUI JURIS*

Hiran Rodriguez, *Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana 70003 (504) 203-8459

hiranrodriguez@outlook.com

**Dated:** May 5, 2025

2

**HIRAN RODRIGUEZ**
820 Grove Ave, Metairie, LA, 70003-7024

**Clerk of Court**
United States District Court for the Eastern District of Louisiana
500 Poydras Street, New Orleans, Louisiana, 70130.





RECEIVED
MAY 08 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK