No. 25-30297

# In the United States Court of Appeals
# for the Fifth Circuit

HIRAN RODRIGUEZ,
*Plaintiff-Appellant,*

v.

META PLATFORMS, INCORPORATED; APPLE, INCORPORATED; T-MOBILE USA, INCORPORATED; AT&T ENTERPRISES, L.L.C.; KANSAS CITY SOUTHERN RAILWAY COMPANY; LCMC HEALTHCARE PARTNERS, L.L.C.; THIRD DISTRICT VOLUNTEER FIRE DEPARTMENT; GRAY LOCAL MEDIA, INCORPORATED; ASSOCIATED PRESS; JEFFERSON PARISH; JEFFERSON PARISH SHERIFF'S OFFICE; JOSEPH P. LOPINTO, III, SHERIFF; ANDRES FUENTES; GLORIA PAZMINO; SUSANNE RUST; RYAN MCCAFFERTY; PAUL MACINNES; JONATHAN LIEW; JAMES OCHOA; DEMICIA INMAN; JAMIE SPANGHER; MAYA GEBEILY; VERSHA SHERMA; ELON MUSK, CHIEF EXECUTIVE OFFICER X CORPORATION; MARK ELLIOT ZUCKERBERG, CHIEF EXECUTIVE OFFICER META PLATFORMS, INCORPORATED; UNIDENTIFIED PARTIES; HALELUYA HADERO; X

CORPORATION, A NEVADA CORPORATION, AGENT OF TWITTER, INCORPORATED,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the Eastern District of Louisiana, Case No.
2:25-cv-00197-JCZ-DPC

---

**[PROPOSED] ORDER**

---

Upon consideration of Appellant Hiran Rodriguez's Emergency Motion to Disqualify Judge Jay C. Zainey and Magistrate Judge Donna P. Currault on Remand, and for good cause shown, the Court finds that reassignment is warranted under 28 U.S.C. §§ 144 and 455, and in the interest of preserving the appearance and reality of judicial impartiality.

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that, should this matter be remanded to the United States District Court for the Eastern District of Louisiana, the case shall be reassigned to a different Article III district judge and a different magistrate judge. Judge Jay C. Zainey and Magistrate Judge Donna P. Currault are disqualified from presiding over any further proceedings in this action.

The Clerk of this Court is directed to transmit a copy of this Order to the Clerk of the United States District Court for the Eastern District of Louisiana for immediate implementation.

SO ORDERED.

Dated: __, 2025.

_____

UNITED STATES CIRCUIT JUDGE