# Exhibit A.7

Forensic_Archive_2025-09-04(Do Not Track Firewall).pdf

September 04, 2025 — 01:42 AM CDT

SHA256: 2b47561bbf2b8eb614bc33e7413df31cfa14af593eb3862e9fddad02d08fd46e

SHA1:   46dafbb825b67499a92062b24c3b8551beb20900

MD5:   4eeb9a60905ca4f3bc7d760ce3fd955d

File Location: Google Drive/Forensic_Archive_2025-09-04/Evidence/
Folder URL: https://drive.google.com/drive/folders/1e31vSynSCFgLlKeq8SQcbahS6PmCB_bi

*Hiran Rodriguez, Pro Se*

*Tel. (504) 203-8459 | hiranrodriguez@outlook.com*







Last updated: 2025-08-31 12:10:23

| Domain | fbcdn.net |
|---|---|

| Blocked | ⬤ |
|---|---|

Advanced details                                    ›

Block any domain you want by entering the website, tapping Save. Remember blocking some domains can break functionality. You can always reset the default protection in the Manage Trackers section of the app

Save

Home        Activity        Customize

## Activity 

**Blocked**

~ Recently blocked

**Blocked**
A85F3271-4588-40F5-B6A3-405DB04B...
Today, 1:37:06 AM

**Blocked**
A85F3271-4588-40F5-B6A3-405DB04B...
Today, 1:37:06 AM

**Blocked**
edge-mqtt.facebook.com
Today, 1:36:51 AM

**Blocked**
edge-mqtt-fallback.facebook.com
Today, 1:35:49 AM

**Blocked**
edge-mqtt.facebook.com
Today, 1:35:18 AM

**Blocked**
edge-mqtt-fallback.facebook.com
Today, 1:34:16 AM

**Blocked**
edge-mqtt.facebook.com
Today, 1:33:45 AM

Home    Activity    Customize

Last updated: 2025-08-31 12:10:23

| Domain | fbcdn.net |
|---|---|

| Blocked | ⬤ |
|---|---|

Advanced details　　›

Block any domain you want by entering the website, tapping Save. Remember blocking some domains can break functionality. You can always reset the default protection in the Manage Trackers section of the app

Save

## Activity



**Recently blocked**

**Blocked**
configuration.ls.apple.com
Today, 1:38:27 AM

**Blocked**
edge-mqtt.facebook.com
Today, 1:38:24 AM

**Blocked**
www.facebook.com
Today, 1:38:02 AM

**Blocked**
photosdata-pa.googleapis.com
Today, 1:37:36 AM

**Blocked**
web.facebook.com
Today, 1:37:35 AM

**Blocked**
edge-mqtt-fallback.facebook.com
Today, 1:37:22 AM

**Blocked**
gsp10-ssl.apple.com
Today, 1:37:20 AM

Home          Activity          Customize

## Activity

Blocked

Today, 1:43

Recently blocked

Blocked

**edge-mqtt-fallback.facebook.com**

Today, 1:32:43 AM

Blocked

**edge-mqtt.facebook.com**

Today, 1:32:12 AM

Blocked

**edge-mqtt-fallback.facebook.com**

Today, 1:31:10 AM

Blocked

**edge-mqtt.facebook.com**

Today, 1:30:39 AM

Blocked

**edge-mqtt-fallback.facebook.com**

Today, 1:29:36 AM

Blocked

**iphone-ld.apple.com**

Today, 1:29:14 AM

Blocked

**edge-mqtt.facebook.com**

Today, 1:29:05 AM

Home  Activity  Customize



## Activity

**Recently blocked**

**Blocked**
A85F3271-4588-40F5-B6A3-405DB04B...
Today, 1:37:06 AM

**Blocked**
edge-mqtt.facebook.com
Today, 1:36:51 AM

**Blocked**
edge-mqtt-fallback.facebook.com
Today, 1:35:49 AM

**Blocked**
edge-mqtt.facebook.com
Today, 1:35:18 AM

**Blocked**
edge-mqtt-fallback.facebook.com
Today, 1:34:16 AM

**Blocked**
edge-mqtt.facebook.com
Today, 1:33:45 AM

**Blocked**
configuration.ls.apple.com
Today, 1:33:25 AM

Home    Activity    Customize



# Activity

?

⧗ **44.0** (s) saved    ⊘ **26.3** MB saved

**Blocked** trackers
## 247

| 1D | 1W | 1M | All |

### ∿ Recently blocked

**Blocked**
## graph.facebook.com
Today, 1:40:09 AM

**Blocked**
## edge-mqtt.facebook.com
Today, 1:39:57 AM

**Blocked**
## edge-mqtt-fallback.facebook.com
Today, 1:38:55 AM

**Blocked**
## web.facebook.com
Today, 1:38:51 AM

⊘ Home    Activity    Customize



1:42

Cas...                                                          025

## Activity

❓

📈 Recently blocked                                        ≡

**Blocked**
### api-glb-ause2a.smoot.apple.com
Today, 1:41:55 AM                                            ›

**Blocked**
### configuration.ls.apple.com
Today, 1:40:43 AM                                            ›

**Blocked**
### graph.facebook.com
Today, 1:40:09 AM                                            ›

**Blocked**
### edge-mqtt.facebook.com
Today, 1:39:57 AM                                            ›

**Blocked**
### edge-mqtt-fallback.facebook.com
Today, 1:38:55 AM                                            ›

**Blocked**
### web.facebook.com
Today, 1:38:51 AM                                            ›

**Blocked**
### configuration.ls.apple.com
Today, 1:38:27 AM                                            ›

⊘                    📊                    ⚙️
Home              Activity             Customize



# Activity

**Blocked** ❓

📈 Recently blocked ☰

---

**Blocked**

**edge-mqtt.facebook.com** ›

Today, 1:38:24 AM

---

**Blocked**

**www.facebook.com** ›

Today, 1:38:02 AM

---

**Blocked**

**photosdata-pa.googleapis.com** ›

Today, 1:37:36 AM

---

**Blocked**

**web.facebook.com** ›

Today, 1:37:35 AM

---

**Blocked**

**edge-mqtt-fallback.facebook.com** ›

Today, 1:37:22 AM

---

**Blocked**

**gsp10-ssl.apple.com** ›

Today, 1:37:20 AM

---

**Blocked**

**A85F3271-4588-40F5-B6A3-405DB04B...** ›

Today, 1:37:06 AM

---

⊘ Home    📊 Activity    🎛 Customize



## Activity

Blocked                                    ❓

📈 Recently blocked                         ⇅

Blocked
**www.facebook.com**
Today, 1:41:56 AM                          ›

Blocked
**chat-e2ee.facebook.com**
Today, 1:41:56 AM                          ›

Blocked
**web.facebook.com**
Today, 1:41:56 AM                          ›

Blocked
**m.facebook.com**
Today, 1:41:56 AM                          ›

Blocked
**edge-mqtt.facebook.com**
Today, 1:41:56 AM                          ›

Blocked
**gateway.facebook.com**
Today, 1:41:56 AM                          ›

Blocked
**graph.facebook.com**
Today, 1:41:56 AM                          ›

Home        Activity        Customize







api.facebook.com

Today, 1:41:58 AM

## Activity



Blocked                                                        ❓

📈  Recently blocked                                           ☰

---

Blocked

**www.facebook.com**

Today, 1:41:56 AM                                              >

---

Blocked

**chat-e2ee.facebook.com**

Today, 1:41:56 AM                                              >

---

Blocked

**web.facebook.com**

Today, 1:41:56 AM                                              >

---

Blocked

**m.facebook.com**

Today, 1:41:56 AM                                              >

---

Blocked

**edge-mqtt.facebook.com**

Today, 1:41:56 AM                                              >

---

Blocked

**gateway.facebook.com**

Today, 1:41:56 AM                                              >

---

Blocked

**graph.facebook.com**

Today, 1:41:56 AM                                              >

---

|   Home   |   Activity   |   Customize   |



# Activity



Blocked                                                              ❓

📈  Recently blocked                                                 ☰

---

**Blocked**
## gateway.facebook.com                                             ›
Today, 1:24:44 AM

---

**Blocked**
## edge-mqtt.facebook.com                                           ›
Today, 1:24:44 AM

---

**Blocked**
## _dns.resolver.arpa                                               ›
Today, 1:20:41 AM

---

**Blocked**
## _dns.resolver.arpa                                               ›
Today, 1:20:37 AM

---

**Blocked**
## _dns.resolver.arpa                                               ›
Today, 1:20:35 AM

---

**Blocked**
## _dns.resolver.arpa                                               ›
Today, 1:20:34 AM

---

**Blocked**
## _dns.resolver.arpa                                               ›
Today, 1:20:32 AM

---

Home          Activity          Customize





graph.instagram.com
Today, 1:25:29 AM

1:41

## Activity

**Blocked**

❓

📈 Recently blocked

**Blocked**
scontent-hou1-1.cdninstagram.com
Today, 1:25:29 AM

**Blocked**
graph.facebook.com
Today, 1:25:29 AM

**Blocked**
api-glb-ause2a.smoot.apple.com
Today, 1:25:28 AM

**Blocked**
gateway.instagram.com
Today, 1:25:28 AM

**Blocked**
i.instagram.com
Today, 1:25:28 AM

**Blocked**
z-p42-chat-e2ee-ig.facebook.com
Today, 1:25:28 AM

**Blocked**
_dns.resolver.arpa
Today, 1:24:54 AM

Home    Activity    Customize

1:41



Activity

Blocked

Recently blocked

**Blocked**
**_dns.resolver.arpa**
Today, 1:24:54 AM

**Blocked**
**_dns.resolver.arpa**
Today, 1:24:50 AM

**Blocked**
**_dns.resolver.arpa**
Today, 1:24:48 AM

**Blocked**
**_dns.resolver.arpa**
Today, 1:24:47 AM

**Blocked**
**_dns.resolver.arpa**
Today, 1:24:45 AM

**Blocked**
**dns.quad9.net**
Today, 1:24:44 AM

**Blocked**
**_dns.resolver.arpa**
Today, 1:24:44 AM

Home          Activity          Customize



graph.facebook.com
Today, 1:26:47 AM

1:41

**Activity** ?

Blocked

📈 Recently blocked

---

**Blocked**

**iphone-ld.apple.com**
Today, 1:26:15 AM

---

**Blocked**

**gsp-ssl.ls.apple.com**
Today, 1:26:14 AM

---

**Blocked**

**configuration.ls.apple.com**
Today, 1:26:14 AM

---

**Blocked**

**gspe79-ssl.ls.apple.com**
Today, 1:26:04 AM

---

**Blocked**

**edge-mqtt.facebook.com**
Today, 1:25:59 AM

---

**Blocked**

**graph.instagram.com**
Today, 1:25:29 AM

---

**Blocked**

**scontent-atl3-2.cdninstagram.com**
Today, 1:25:29 AM

---

Home     Activity     Customize









1:41

## Activity

?

**Blocked**

〰️ Recently blocked

---

**Blocked**

### configuration.ls.apple.com

Today, 1:33:25 AM

---

**Blocked**

### edge-mqtt-fallback.facebook.com

Today, 1:32:43 AM

---

**Blocked**

### edge-mqtt.facebook.com

Today, 1:32:12 AM

---

**Blocked**

### edge-mqtt-fallback.facebook.com

Today, 1:31:10 AM

---

**Blocked**

### edge-mqtt.facebook.com

Today, 1:30:39 AM

---

**Blocked**

### edge-mqtt-fallback.facebook.com

Today, 1:29:36 AM

---

**Blocked**

### iphone-ld.apple.com

Today, 1:29:14 AM

---

Home     Activity     Customize

## Activity

〰 **Recently blocked**

**Blocked**
### graph.facebook.com
Today, 1:25:29 AM

**Blocked**
### api-glb-ause2a.smoot.apple.com
Today, 1:25:28 AM

**Blocked**
### gateway.instagram.com
Today, 1:25:28 AM

**Blocked**
### i.instagram.com
Today, 1:25:28 AM

**Blocked**
### z-p42-chat-e2ee-ig.facebook.com
Today, 1:25:28 AM

**Blocked**
### _dns.resolver.arpa
Today, 1:24:54 AM

**Blocked**
### _dns.resolver.arpa
Today, 1:24:50 AM

⊘ Home      📊 Activity      ⚙ Customize

# Activity

Blocked                                    ❓

📈 Recently blocked

---

Blocked

### gsp-ssl.ls.apple.com
Today, 1:26:14 AM

---

Blocked

### configuration.ls.apple.com
Today, 1:26:14 AM

---

Blocked

### gspe79-ssl.ls.apple.com
Today, 1:26:04 AM

---

Blocked

### edge-mqtt.facebook.com
Today, 1:25:59 AM

---

Blocked

### graph.instagram.com
Today, 1:25:29 AM

---

Blocked

### scontent-atl3-2.cdninstagram.com
Today, 1:25:29 AM

---

Blocked

### scontent-hou1-1.cdninstagram.com
Today, 1:25:29 AM

---

Home        Activity        Customize

# Exhibit F.1

Realtime Analytics Logs – 024CBC30-FD8E-4379-9E22-1C761029B939_0.log

# Exhibit F.2

Realtime Analytics Logs –
20BCFA2F-6AC3-473F-BF19-DF8328356CE5_0.log

# Exhibit F.3

Realtime Analytics Logs –
2475E9D1-51EC-486F-92FD-EC51CAB1D205_1.log

# Exhibit F.4

Realtime Analytics Logs – 2F854924-A814-4F0B-A546-D1ED47E53F32_0.log

# Exhibit F.5

Realtime Analytics Logs – 3233F458-695F-460B-8368-E10410BC97D5_0.log

# Exhibit F.6

SDK Config Logs – configuration.json

# Exhibit F.7

Realtime Analytics Logs – 024CBC30-FD8E-4379-9E22-1C761029B939_0.log

# Exhibit F.8

Realtime Analytics Logs –
20BCFA2F-6AC3-473F-BF19-DF8328356CE5_0.log

# Exhibit F.9

Realtime Analytics Logs –
2475E9D1-51EC-486F-92FD-EC51CAB1D205_1.log

# Exhibit F.10

Realtime Analytics Logs – 2F854924-A814-4F0B-A546-D1ED47E53F32_0.log

# Exhibit F.11

Realtime Analytics Logs – 3233F458-695F-460B-8368-E10410BC97D5_0.log

# Exhibit F.12

SDK Config Logs – configuration.json

# Exhibit I.1

Metadata and State Information – version_history.plist

# Exhibit I.2

SDK Config Logs – configuration.json

# Exhibit I.3

SDK Config Logs – 49033100437_config.json

# Exhibit I.4

SDK Config Logs – metadata.json

# Exhibit I.5

SDK Config Logs – tigon-static-asset-manager.json

# Exhibit I.6

SDK Config Logs – metadata.json

# Exhibit I.7

SDK Config Logs – tigon-static-asset-manager.json

# Exhibit I.8

SDK Config Logs – metadata.json

# Exhibit I.9

SDK Config Logs – tigon-static-asset-manager.json

**Exhibit I-I-8: Apple Security Releases & Bounty Program**



# Apple security releases

This document lists security updates and Rapid Security Responses for Apple software.

## About Apple security releases

For the protection of our customers, Apple doesn't disclose, discuss, or confirm security issues until an investigation has occurred and patches or releases are generally available. This document lists recent releases, including security updates and [Rapid Security Responses](#).

If you need technical support for a security issue—for example, to reset your Apple ID password or to review a recent App Store charge—view the [Get help with security issues](#) article.



*Page 1*

**Exhibit I-I-8: Apple Security Releases & Bounty Program**

3:16

◄ Settings

support.apple.com

# How Apple handles these reports

Apple reviews all reports that are submitted directly to us. After you submit your research on the web, you'll receive an automatic acknowledgement that we received your report, and you can sign in with your Apple Account to see the status of your report as it's reviewed. We evaluate all eligible research for Apple Security Bounty rewards. More information about program guidelines is available at the Apple Security Research site.

For the protection of our customers, Apple doesn't disclose or discuss security issues until our investigation is complete and any necessary updates are generally available.

Apple uses security advisories and our security-announce mailing list to publish information about security fixes in our products and to publicly credit people or organizations that have reported security issues to us. We also credit researchers who have reported security issues with our web servers on the Apple web server security acknowledgements page.

Alternatively, you can send your research to us via email at product-security@apple.com.

**Exhibit I-I-8: Apple Security Releases & Bounty Program**



Apple uses security advisories and our security-announce mailing list to publish information about security fixes in our products and to publicly credit people or organizations that have reported security issues to us. We also credit researchers who have reported security issues with our web servers on the Apple web server security acknowledgements page.

Alternatively, you can send your research to us via email at product-security@apple.com. Please make sure that you include the information covered above. If your report doesn't include enough information to allow us to reproduce the issue, we may not be able to accept your report or evaluate it for a reward. And if you submit your report via email, you will not be able to track progress online. Please use Apple Product Security PGP key to encrypt any sensitive information that you send via email, and use Mail Drop to send large files.

Information about products not manufactured by Apple, or independent websites not controlled or tested by Apple, is provided without recommendation or endorsement. Apple assumes no responsibility with regard to the selection, performance, or use of third-party websites or products.



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



[privacy](#).

# How to report a security or privacy vulnerability

If you believe that you've discovered a security or privacy vulnerability that affects Apple devices, software, or services, please report it directly to us on the web at [Apple Security Research](#).

[Reports should include](#) specific product and software version(s) that you believe are affected; a technical description of the behavior that you observed and the behavior that you expected; the steps required to reproduce the issue; and a proof of concept or exploit.

# How Apple handles these reports

Apple reviews all reports that are submitted



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



◀ Settings

🔍     security.apple.com     ⬆️

**Bounty**              ⌄

# Apple Security Bounty
## Categories

Apple Security Bounty reward payments are made at Apple's sole discretion and are based on the type of issue, the level of access or execution achieved, and the quality of the report. A high-quality research report is critical to help us confirm and address an issue quickly, and could help you receive an Apple Security Bounty reward.

The examples shown for each category are representative of potential Apple Security Bounty payments. While we're unable to anticipate specific reward payments in advance, we consider every security issue that has a significant impact to users for an Apple Security



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



3:18

◄ Settings

security.apple.com

## Bounty

Device attack via
user-installed app

### Unauthorized access
to sensitive data
$5,000 – $100,000

### Examples

**$5,000:** Predictable
enumeration of all apps. As an
example, you demonstrated
that an iOS app is able to
enumerate all installed apps.

**$25,000:** App access to a
small amount of sensitive data
normally protected by a TCC
prompt. As an example, you
demonstrated that an iOS app
is able to programmatically
access some contacts without
accepting a TCC prompt.

$50,000: Partial app access

**Exhibit I-I-8: Apple Security Releases & Bounty Program**



3:18

◀ Settings

security.apple.com

## Bounty ⌄

**$50,000:** Partial app access to sensitive data normally protected by a TCC prompt. As an example, you demonstrated that an iOS app is able to programmatically access all photos without accepting a TCC prompt.

**$100,000:** Broad app access to sensitive data normally protected by a TCC prompt or the platform sandbox. As an example, you demonstrated that an iOS app is able to programmatically gain unauthorized access to all TCC-protected data.

### Elevation of privilege ⌄

$5,000 – $150,000

### Network attack with user interaction

**Exhibit I-I-8: Apple Security Releases & Bounty Program**



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



3:18

◀ Settings

security.apple.com

## Bounty ⌄

**$100,000:** Kernel code execution reachable from an app. As an example, you demonstrated the ability to gain kernel code execution with a vulnerability exploitable from the App Sandbox.

**$150,000:** Kernel code execution reachable from an app, including PPL bypass and kernel PAC bypass. As an example, you demonstrated the ability to gain kernel code execution with a PPL bypass, with a vulnerability exploitable from the App Sandbox.

## Network attack with user interaction

**Exhibit I-I-8: Apple Security Releases & Bounty Program**



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



**Exhibit I-I-8: Apple Security Releases & Bounty Program**



only physical proximity. As an example, you demonstrated that you can listen to a user's phone call over the modem on iOS, with only physical proximity.

**$500,000:** Zero-click kernel code execution, including PPL bypass and kernel PAC bypass with only physical proximity. As an example, you demonstrated arbitrary kernel code execution on the application processor on iOS over-the-air through the cellular radio component, including a PAC and PPL bypass.

**Zero-click unauthorized access to sensitive data**  ⌄

**$5,000 – $500,000**

**Zero-click kernel code execution with persistence and kernel PAC bypass**  ⌄

$100,000 – $1,000,000

Case 2:25-cv-01067 Document 1 Filed 08/21/25

**From:** Blake Arcuri  barcuri@fralawfirm.com

**To:** Hiran Rodriguez  hiranrodriguez@outlook.com, Laura Rodrigue  lrodrigue@fralawfirm.com, Central Records  centralrecords@jpso.com, Sheriff  sheriff@jpso.com

**Date:** Thu, May 29, 2025, 6:10 PM

Do not contact the Sheriff's Office again. Your subpoena is invalid, as it was issued in a case dismissed with prejudice. It was also not properly served for a multitude of reasons.

Blake Arcuri

---

**From:** Hiran Rodriguez <hiranrodriguez@outlook.com>

**Sent:** Tuesday, May 27, 2025 1:46 PM

**To:** Blake Arcuri <barcuri@fralawfirm.com>; Laura Rodrigue <lrodrigue@fralawfirm.com>; Central Records <centralrecords@jpso.com>; Sheriff <sheriff@jpso.com>; Hiran Rodriguez <hiranrodriguez@outlook.com>

**Subject:** Re-Service of Subpoena – No Acknowledgment Received (Originally Sent May 19, 2025)

Dear Records Custodian,

This is a follow-up and formal re-service by electronic means of a subpoena originally transmitted by U.S. Mail on May 19, 2025 to your Agency and Legal Personnel. As of May 27, 2025, no acknowledgment of receipt has been provided.

In light of the time-sensitive nature of the request and the pending litigation, I am resending the subpoena attached herein. Please confirm receipt without delay and advise of compliance status.

Respectfully,

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003

hiranrodriguez@outlook.com

June 1, 2025

To: Sheriff or Designated Representative

Address: Jefferson Parish Sheriff's Office 1233 Westbank Expressway Harvey, LA 70058

Email: info@jpso.com

Subject: Formal Notice – Official Misconduct, Surveillance, and Complicity in Retaliation

To Whom It May Concern,

This letter is submitted as formal notice regarding persistent and escalating harassment, unlawful surveillance, and coordinated retaliatory behavior involving deputies or personnel associated with the Jefferson Parish Sheriff's Office. These actions have occurred continuously since November 2024 and have been reported in conjunction with complaints against affiliated public service entities.

To date, members of your department have:

- Repeatedly appeared near my residence during documented surveillance incidents; - Taken no action despite prior notifications of staging, noise harassment, and illegal monitoring; - Contributed to a hostile environment targeting me and my elderly parents, in apparent retaliation for protected legal activity.

This is not an isolated concern. The behavior aligns with a broader pattern of misconduct involving other named public entities. Your department has taken no discernible steps to investigate, correct, or prevent further harm, despite multiple opportunities to intervene.

These matters are currently under federal judicial review:

United States Court of Appeals for the Fifth Circuit Case No. 25-30297 (5th Cir.)

Originating from: United States District Court for the Eastern District of Louisiana Case No. 2:25-cv-00197-JCZ-DPC

Attached are two secure evidence archives referenced in my court filings:

1. Documented Evidence of Ongoing Harassment and Illegal Monitoring – May 31, 2025

2. Initial Evidence Archive – Referenced in May 29–30, 2025 correspondence

I am demanding an immediate investigation into your department's role in this misconduct and the identification and removal of all deputies involved. Your office's continued inaction, or further acts of retaliation, will be treated as deliberate obstruction and may result in additional legal exposure.

Please confirm receipt and provide written acknowledgment of your intent to address this matter.

Respectfully,

Hiran Rodriguez
820 Grove Ave
Metairie, LA 70003
Phone: (504) 203-8459
Email: hiran.rodriguez.prose@mailfence.com

*Hiran Rodriguez*

**EXHIBIT "A.1"**

**From:** Hiran Rodriguez hiranrodriguez@outlook.com

**To:** OCRComplaint@hhs.gov

**Cc:** OCRMail@hhs.gov , OCR.Dallas@hhs.gov

**Bcc:** Hiran Rodriguez hiran.rodriguez.prose@mailfence.com, Hiran Rodriguez hiranrodriguez@outlook.com

**Date:** Sun, Jul 20, 2025, 1:36 AM

DOJ_Submission_ HiranRodriguez_LCMC_JPSO_.pdf 17 KB
HHS_Civil_Rights_Complaint_Declaration_Hiran_Rodriguez.pdf 26 KB
IMG_2055.jpeg 3.2 MB

Dear Office for Civil Rights,

I am submitting this civil rights complaint due to ongoing and severe harassment, stalking, and psychological distress caused by a known ambulance operator affiliated with LCMC Health / East Jefferson General Hospital / East Jefferson EMS (Ambulance Unit #156).

This complaint involves:

Persistent noise harassment and stalking by the identified EMS operator,
Apparent misuse of emergency vehicle status to provoke trauma responses,
Coordination with local law enforcement (JPSO) and fire department volunteers,
Retaliatory targeting linked to my protected civil and disability rights,
LCMC Health's failure to respond after I contacted Human Resources and complained.

"Andrew" from LCMC Human Resource Office.
Main Office #: 504-702-5525
Alternate phone numbers: 504-503-5116, 504-503-5940.
E-mail: PSC@LCMCHealth.org

East Jefferson Emergency Support Services address:
3120 Lime St., Metairie, LA, 70006.

Attempts to submit this complaint through the HHS online portal were unsuccessful. I am therefore transmitting it by fax and email to ensure timely receipt and action.

Please confirm that this submission has been received and assigned for review. I request urgent investigation, identification of responsible personnel, and appropriate enforcement action. A sworn declaration is attached detailing the incidents and ongoing violations.

You may contact me directly at the information below.

Thank you for your attention and service.

Sincerely,

*s/ Hiran Rodriguez*

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

Date: July 19, 2025

---

**From:** OCR Mail  OCRMail@hhs.gov

**To:** Hiran Rodriguez  hiranrodriguez@outlook.com

**Date:** Tue, Jul 22, 2025, 1:59 PM

**Please read this response carefully.**

Thank you for contacting the US Department of Health and Human Services (HHS), Office for Civil Rights (OCR).

**What we do:**

HHS OCR enforces federal civil rights laws, conscience and religious freedom laws, the Health Insurance Portability and Accountability Act (HIPAA) Privacy, Security, and Breach Notification Rules, and the Patient Safety Act and Rule, which together protect your fundamental rights of nondiscrimination, conscience, religious freedom, and health information privacy at covered entities.

The concern (s) raised in your correspondence are outside of the jurisdictional authority of this office.

We regret that we are unable to assist you further.

**U.S. Department of Health and Human Services**
**Office for Civil Rights (OCR)**

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

Civil Rights Division

U.S. Department of Justice

950 Pennsylvania Avenue NW

Office of the Assistant Attorney General, Main

Washington, DC 20530

RE: Ongoing Civil Rights and Surveillance Harassment – LCMC Ambulance Unit #156 (Metairie, LA)

To whom it may concern:

I am writing to request urgent intervention and investigation into an ongoing campaign of harassment, unauthorized surveillance, and targeted noise aggression carried out by personnel affiliated with LCMC Health Ambulance Unit #156 in Jefferson Parish, Louisiana. This activity includes psychological intimidation, medical impersonation, and civil rights violations, and is occurring in coordination with local law enforcement.

Enclosed is a signed, sworn declaration summarizing the repeated targeting, including horn-based harassment, slow surveillance drives near my home, unauthorized data tracking, and trauma-inducing tactics. This conduct has resulted in severe psychological harm and a 10-day psychiatric hospitalization in June 2025.

I have filed numerous legal complaints and evidentiary motions in connection with Fifth Circuit Appeal No. 25-30297, including a motion to supplement the appellate record with this declaration. However, the ongoing retaliation and obstruction locally in Jefferson Parish demands immediate federal action.

I respectfully refer your attention to the Statement of Interest in *Lou v. Lopinto*, where the Department explained how Title II of the ADA applies to law enforcement and emergency response personnel. Similar violations are occurring in my case.

*Page 1*

I request that the Civil Rights Division review the enclosed declaration, open a formal investigation into these incidents, and coordinate with appropriate law enforcement and regulatory bodies, including HHS, DHS, and the FBI, to prevent further harm and hold the responsible parties accountable.

Thank you for your attention to this urgent matter.


Sincerely,

s/ Hiran Rodriguez
Hiran Rodriguez

I, Hiran Rodriguez, respectfully submit this declaration to request immediate federal investigation and intervention in an ongoing, targeted campaign of psychological harassment and retaliatory conduct taking place near my residence at 820 Grove Ave, Metairie, Louisiana, 70003-7024.

Since late 2024 and escalating into 2025, I have endured near-daily incidents of noise-based harassment, surveillance, and targeted psychological triggering, involving a vehicle operated by LCMC Health Ambulance Unit #156. These acts appear to be coordinated with local agencies, including the Jefferson Parish Sheriff's Office (JPSO), and serve no medical or emergency function.

On June 1, 2025, a traumatic noise event involving a horn blast near my home caused severe panic, heart palpitations, and resulted in my involuntary psychiatric hospitalization for 10 days. Since that incident, the same harassment has continued. I have documented repeated instances where the operator of Ambulance Unit #156 — a white male in his 20s–30s, thin build, wearing glasses — drives slowly past my house and emits loud sirens or engine sounds.

This behavior appears retaliatory, not random, and contributes directly to psychiatric destabilization and daily suffering. These noise events often align with digital surveillance spikes I've tracked and previously reported in connection with my federal civil rights litigation.

I am a person affected by medically documented anxiety and trauma-related conditions. These ongoing harassment acts are targeted, foreseeable, and are being carried out with knowledge (or willful disregard) of their debilitating effect.

This pattern of conduct violates Title II of the Americans with Disabilities Act (ADA), which prohibits state or local government entities and their contractors from denying individuals with disabilities full and equal access to services. These violations include: Failure to accommodate my known psychological disability. Use of law enforcement–adjacent authority (sirens, lights, emergency conduct) to provoke distress. Deliberate indifference to medical consequences, even after psychiatric hospitalization.

This conduct mirrors the facts addressed in Lou v. Lopinto, No. 2:21-cv-00672 (E.D. La.), in which the DOJ filed a Statement of Interest against JPSO for its failure to accommodate a child's disability-related crisis, resulting in death. The same agency — JPSO, under Sheriff Joseph Lopinto — is involved in my case, not merely as a backdrop, but as an active

suppressor of complaints and enabler of trauma.

I respectfully request: A formal ADA investigation under Title II and the Civil Rights of Institutionalized Persons Act (CRIPA) into LCMC Health, Ambulance Unit #156, and JPSO. Enforcement or referral to the Disability Rights Section and/or Special Litigation Section. A public report or findings regarding any misuse of emergency vehicle practices as harassment tools. Coordination with the U.S. Attorney for the Eastern District of Louisiana to investigate civil rights deprivations under 18 U.S.C. § 242, 42 U.S.C. § 1983, and any applicable DOJ policy regarding retaliation against civil litigants.

I have a pending appeal in the U.S. Court of Appeals for the Fifth Circuit: Rodriguez v. Meta Platforms, No. 25-30297. This matter directly intersects with those legal claims. I am filing this declaration to supplement the record in that case as well.

I declare under penalty of perjury under the laws of the United States that the facts stated in this declaration are true and correct to the best of my knowledge and belief.

Executed on July 19, 2025
Jefferson Parish, Louisiana

s/ Hiran Rodriguez
Hiran Rodriguez
820 Grove Ave
Metairie, LA 70003-7024
(504) 203-8459
hiranrodriguez@outlook.com

<u>Declaration of Hiran Rodriguez in Support of Civil Rights Complaint</u>

Re: LCMC Health / East Jefferson General Hospital / Ambulance Unit #156

I, Hiran Rodriguez, declare as follows:

1. I am a resident of Metairie, Louisiana, residing at 820 Grove Ave. I make this declaration based on my personal knowledge and under penalty of perjury.

2. I have been subjected to ongoing psychological harassment, stalking, and acoustic distress by an individual operator of Ambulance Unit #156, affiliated with LCMC Health and East Jefferson Emergency Medical Services. These incidents have occurred consistently since late 2024 and continue daily.

3. The operator is a thin white male, in his twenties or thirties, with dark hair and glasses. I have personally observed him slowly drive by my home in a dark green or white-and-green ambulance, without lights or sirens, and often with windows down, even when there is no medical emergency.

4. I believe this operator is deliberately using the appearance and sounds of an emergency vehicle to harass, intimidate, and provoke me, often triggering traumatic memories and psychiatric symptoms related to prior emergency encounters and federal litigation. These actions appear retaliatory and targeted.

5. I have observed the same operator associating closely with Jefferson Parish Sheriff's Office (JPSO) deputies and Third District Volunteer Fire Department vehicles. They often pass by my property together or in coordination, suggesting a broader pattern of targeted intimidation. I have documented these events on multiple occasions.

6. I attempted to resolve this issue directly by contacting LCMC Health Human Resources. I was referred to an individual named Andrew, but my outreach efforts went unanswered. No follow-up, acknowledgment, or corrective action has been taken.

7. I now believe that this pattern of conduct violates my civil rights, including protections under the Americans with Disabilities Act, and may also involve misuse of public medical emergency resources to carry out psychological harassment.

8. This behavior has caused severe emotional distress, disrupted my daily life, and exacerbated existing health conditions. I have filed related federal complaints and judicial filings. However, the harassment has continued without interruption.

9. I respectfully request that the U.S. Department of Health and Human Services Office for Civil Rights (HHS OCR) open an investigation into this matter, identify the operator(s), and initiate appropriate enforcement actions against LCMC Health and affiliated emergency services.

Executed on July 19, 2025, in Jefferson Parish, Louisiana.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

s/ Hiran Rodriguez

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

# HEALTHCARE JOURNAL
## of New Orleans

MARCH / APRIL 20— HEALTHCAREJOURNALNO.COM I $20



## TERROR IN NEW ORLEANS:
### Roundtable with UMC's Trauma Team

Reflections from the Front Lines of Trauma Response in New Orleans

Louisiana Doctor Groups Speak Out Against LDH's Vaccine Shift

What's Wrong with Healthcare?
Part 1: The History of Health Insurance

PRSRT STD
US POSTAGE
PAID
US Healthcare
Journals

00015          012          ECRLOT**C-047
                0003
                            BILL TOWNSEND
                            OR CURRENT RESIDENT
                            200 DERBIGNY ST FL 6
                            GRETNA LA 70053-5850

US Healthcare Journals
4-1104 Kuhio Hwy
PMB 205
Kaapa, HI 96746


SCAN TO SUBSCRIBE

Declaration of Hiran Rodriguez Regarding July 24, 2025 Harassment Incident and 911 Call

I, Hiran Rodriguez, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. On July 24, 2025, at approximately 5:55 PM Central Daylight Time, I was subjected to a sudden, sharp, and extremely intense noise near my residence that appeared designed to cause emotional distress. The noise resembled or mimicked the high-pitched "chirp" or alert tones used by law enforcement vehicles, though it came from a medical ambulance. The sound was psychologically shocking and caused an immediate stress reaction. I was startled, frightened, and emotionally overwhelmed.

2. The source of the noise was an ambulance operated by LCMC Health, specifically Unit 156, which has passed by my home repeatedly for months. The pattern of behavior appears targeted and deliberate. Although the vehicle is medical, it has regularly emitted sounds styled like police audio cues, which enhances the effect of intimidation. I had previously recognized this unit from past incidents.

3. Based on repeated prior incidents and the nature of the noise, I believe this individual is targeting me and harassing me. I do not know the identity of the driver. I observed and described him as white, thin, with dark hair and glasses.

4. At 6:00 PM CDT, approximately five minutes after the noise occurred, I placed a 911 call to report what had happened. The call lasted 2 minutes. During the call, I described the noise as best as I could, provided a physical description of the person responsible, stated my belief that this is ongoing harassment by someone unknown, explained that I live with my parents, and requested to speak with an officer by phone rather than in person because I was scared.

5. The emotional shock and distress caused by this incident were so severe that I immediately called 911. I explicitly reported that I believed I was being harassed and described the noise and the individual as clearly as I could. The suddenness and intensity of the event were overwhelming, and I feared for my safety.

6. A screenshot of my phone, attached separately as Exhibit A.2, confirms the 911 call time and duration.

7. As of the time of this declaration, I have not received a return phone call from any officer, and no one has followed up on the report.

8. Notably, since the time of my call, the vehicle and individual involved have not returned to my home area, breaking a pattern of repeated incidents. Based on this sudden absence, I believe the person may have been disciplined or terminated following my report.

9. I respectfully request that law enforcement or this Court assist in identifying this individual and preserving any record of my 911 call for evidentiary purposes.

Executed on July 25, 2025, at Jefferson Parish, Louisiana.

*Hiran Rodriguez*

From: Hiran Rodriguez hiranrodriguez@outlook.com
To: andrew.carpenter@lcmchealth.org
Date: Tue, Sep 2, 2025, 1:25 PM

Dear Mr. Carpenter,

NOW INTO COURT and before your institution, comes the undersigned, to place on record yet another act of misconduct by LCMC Health Ambulance Unit #156.

Just moments ago, an LCMC Health ambulance staged near my residence engaged in a deliberate noise attack. This was not an emergency response. The siren was activated briefly, then shut off, in a manner clearly intended to intimidate, harass, and interfere with my life and with my ongoing federal litigation.

The timing of this event — immediately after I reported TDVFD misconduct involving their firetruck — indicates that unauthorized surveillance is enabling retaliatory coordination. In short, when I document or report one incident, your personnel arrive to mimic or escalate it. This is not coincidence. It is a pattern of targeted retaliation and intimidation.

This conduct, when viewed together with prior documented actions by Unit #156 and the TDVFD, constitutes:

- Noise terrorism and harassment;
- Interference with pending federal proceedings (Rodriguez v. Meta Platforms, No. 25-30297, 5th Cir.; Rodriguez v. Meta Platforms, et al., No. 2:25-cv-00197-JCZ-DPC, E.D. La.);
- Knowing and deliberate retaliation by actors with notice of litigation and complaints already filed.

For your review, the evidence archive has been updated, and includes documentation of

https://1drv.ms/a/c/243992343779c7c4/EvztifyfXCRBscVzHdNVPQwBeuPfbIkspf6yen2us96Hzw

LCMC Health is now on clear notice that this misconduct is traceable to your employees or contractors. Each further act will be treated as intentional retaliation with institutional liability.

Accordingly, DEMAND is hereby made that you:

1. Provide written acknowledgment of this notice;

2. Conduct immediate investigation into the September 2, 2025 incident and the retaliatory noise harassment by Unit #156 today;

3. Suspend or remove from service any implicated personnel;

4. Provide written assurance that surveillance, harassment, and retaliatory actions will cease.

Failure to act will be deemed acquiescence, compounding your liability and exposing LCMC Health to civil and potential criminal consequences. I request your written response no later than September 6, 2025.

Respectfully,

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

Exhibit S-4

# LCMC Health – HR Email Thread (PSC auto-reply & correspondence)

---

Dates: May 30–31, 2025

Participants: PSC@lcmchealth.org; Hiran Rodriguez

Contents: 'Reply Here' instruction; auto-replies; attachments referenced

**From:** PSC@LCMChealth.org  PSC@lcmchealth.org
**To:** hiranrodriguez@outlook.com
**Date:** Fri, May 30, 2025, 9:13 AM

Per our conversation, please respond here.

**LaShawn**
People Service Center
The PSC is available Mon-Fri, 8a-5p, at 504-702-5525, option 5.

---

**From:** Hiran Rodriguez  hiranrodriguez@outlook.com
**To:** PSC@LCMChealth.org  PSC@lcmchealth.org
**Date:** Fri, May 30, 2025, 9:14 AM

To Whom It May Concern,

I am writing to file a **formal complaint** concerning repeated and escalating acts of **harassment, surveillance, and retaliation** by an individual associated with **LCMC Ambulance Unit #156**, operating in and around **Metairie, Louisiana**.

Since **November 2024**, I have experienced:

- **Tailing and stalking** by Unit #156 with no medical justification.

- **Unauthorized surveillance**, potentially involving tools such as private Instagram video rooms or similar platforms used to monitor me.

- **Retaliatory noise harassment**, involving disturbing, fear-inducing sounds designed to intimidate and show disregard for consequences.

These behaviors have **continued even after** I raised my concerns directly with crew members of **LCMC Ambulance Unit #148** on **May 29, 2025**. They acknowledged my concerns and contacted their supervisor, who advised me to report the matter to Human Resources.

I have compiled and archived documentation of these incidents, including visual and audio evidence, which can be accessed at the following secure link:

🔗 **Evidence Archive**:
https://1drv.ms/a/c/243992343779c7c4/EvztifyfXCRBscVzHdNVPQwBeuPfbIkspf6yen2us96Hzw

1 / 5

1. An **immediate investigation** into the conduct of Unit #156 and any individuals involved.

2. **Identification of the personnel assigned to Unit #156** during the relevant time periods.

3. Appropriate **disciplinary action or termination** of any employee found responsible for misconduct.

4. A written response detailing how LCMC will address this complaint and prevent further harassment.

This matter has caused serious distress and infringes on my privacy, safety, and rights. I urge LCMC to act swiftly and responsibly.

Please confirm receipt of this complaint. I am available to provide any additional information or clarification as needed.

Sincerely,

Hiran Rodriguez

820 Grove Ave, Metairie, Louisiana, 70003-7024

(504) 203-8459

---

**From:** PSC@LCMChealth.org PSC@lcmchealth.org

**To:** Hiran Rodriguez hiranrodriguez@outlook.com

**Date:** Fri, May 30, 2025, 9:14 AM

Greetings!

Your email means the world to us, and we promise to get back to you quickly. We apologize for any inconvenience this may cause, and we promise to get back to you quickly. Our goal? To ensure that your day runs smoothly, leaving you feeling supported and able to do your job.

Our People Service Center (PSC) team is here for you **Mon - Fri, from 8a - 5p**. If this is an emergency or after hours, please reach out to your leader.

At LCMC Health, we're all about being there for each other and building a stronger community. Because for us, you're not just another email - you're part of our community.

Thank you -
Your People Service Center Team

**From:** Hiran Rodriguez hiranrodriguez@outlook.com
**To:** PSC@LCMChealth.org PSC@lcmchealth.org
**Date:** Sat, May 31, 2025, 7:16 PM

Rodriguez_v_LCMC_HR_Letter_AddressLabeled_Case25-30297_2025-06-01.pdf 110 KB

---

**From:** PSC@LCMChealth.org <PSC@lcmchealth.org>
**Sent:** Friday, May 30, 2025 9:14 AM
**To:** Hiran Rodriguez <hiranrodriguez@outlook.com>
**Subject:** Automatic reply: Reply Here

Greetings!

Your email means the world to us, and we promise to get back to you quickly. We apologize for any inconvenience this may cause, and we promise to get back to you quickly. Our goal? To ensure that your day runs smoothly, leaving you feeling supported and able to do your job.

Our People Service Center (PSC) team is here for you **Mon - Fri, from 8a - 5p.** If this is an emergency or after hours, please reach out to your leader.

At LCMC Health, we're all about being there for each other and building a stronger community. Because for us, you're not just another email - you're part of our community.

Thank you -
Your People Service Center Team

---

**From:** Hiran Rodriguez hiranrodriguez@outlook.com
**To:** PSC@LCMChealth.org PSC@lcmchealth.org
**Date:** Sat, May 31, 2025, 7:22 PM

Rodriguez_v_LCMC_HR_Letter_AddressLabeled_Case25-30297_2025-06-01.pdf 110 KB

Attached is a formal letter addressing months of coordinated harassment, privacy violations, and retaliatory conduct targeting me and my family, involving personnel affiliated with your department and others. These incidents have been reported previously, yet have continued — and in some cases escalated — despite your department's

The conduct includes, but is not limited to:

- Coordinated noise harassment at all hours
- Surveillance activities via digital platforms
- Direct intimidation and psychological coercion

This letter supplements multiple prior complaints and is now part of active federal litigation:

United States Court of Appeals for the Fifth Circuit

Case No. 25-30297

Originating from:

United States District Court for the Eastern District of Louisiana

Case No. 2:25-cv-00197-JCZ-DPC

Enclosed are two secure archives containing supporting documentation:

1. May 31, 2025 – Updated Archive: Documentation of current and ongoing harassment and surveillance
2. May 29–30, 2025 – Initial Archive: Original body of evidence referenced in formal filings

I am demanding the immediate identification and termination of the specific ambulance operator(s) involved, particularly those known to be staging from or operating in coordination with named defendants. Any further delay, concealment, or protection of these individuals will be viewed as a form of complicity.

Please confirm receipt of this message and advise what actions are being taken to identify and remove those

Sincerely,

Hiran Rodriguez

Email: hiran.rodriguez.prose@mailfence.com

Phone: (504) 203-8459

---

5 Emails

# EXHIBIT "A"



**Undeliverable: Complaint Submission - NOPB Locomotive 2006 Incident (August 16, 2025, Bloomfield Street, Jefferson Parish, LA)**

| | |
|---|---|
| From: | Hiran Rodriguez   hiranrodriguez@outlook.com |
| To: | Fatima.Hasbun@railnola.com , tomeka.bryant@railnola.com , jp.escudier@portnola.com , michelle.scelson@portnola.com , alora.madere@portnola.com |
| Cc: | hr@railnola.com , John.Megary@dot.gov , frapa@dot.gov |
| Bcc: | Hiran Rodriguez   hiran.rodriguez.prose@mailfence.com , Hiran Rodriguez   hiranrodriguez@outlook.com |
| Date: | Sun, Aug 17, 2025, 1:50 AM |

- Cover_Letter_NOPB_Complaint_HiranRodriguez_2025-08-16.pdf   123 KB
- Exhibit_A_Declaration_WithHashes_Rodriguez_2025-08-16.pdf   121 KB
- Public records request.pdf   69 KB
- NOPB_SSI_Challenge_Locomotive_4588_Rodriguez_2025-06-23.pdf   4 KB
- IMG_3794.PNG   2.4 MB
- IMG_3781.PNG   3.9 MB
- IMG_3782.PNG   2.6 MB
- IMG_3779.PNG   3 MB

Dear Ms. Hasbun, Ms. Bryant, Mr. Escudier, Ms. Scelson, and Ms. Madere:

I am submitting for your immediate review a formal complaint and evidentiary package concerning the conduct of New Orleans Public Belt Railroad personnel operating Locomotive 2006 on August 16, 2025, at approximately 7:43 PM near Bloomfield Street in Jefferson Parish, Louisiana.

The attached package includes:

- Cover letter outlining the basis of the complaint;
- Declaration executed under 28 U.S.C. § 1746 with cryptographic validation of supporting media;
- Prior correspondence and documentary exhibits;
- Photographic and video evidence preserved in its original form.

This complaint concerns retaliatory horn use, harassment, and unauthorized surveillance directed at me as a private resident. The conduct described is inconsistent with federal safety regulations and prior assurances provided by NOPB in response to earlier grievances.

For clarity, I am requesting:

1. Written identification of the operating crew for Locomotive 2006 on the date and time referenced above;
2. Confirmation of any corrective or disciplinary measures imposed;
3. A formal assurance of compliance with applicable FRA safety regulations; and
4. A written response within thirty (30) days of receipt.

Please confirm that this submission has been received and logged for action.

Respectfully,

*s/ Hiran Rodriguez*

Hiran Rodriguez
820 Grove Ave
Metairie, LA 70003-7024
Telephone: (504) 203-8459
E-mail: hiranrodriguez@outlook.com

---

| | |
|---|---|
| From: | Microsoft Outlook   MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@sct-15-20-8534-20-msonline-outlook-2c339.templateTenant |
| To: | John.Megary@dot.gov |
| Date: | Sun, Aug 17, 2025, 1:51 AM |

**DS4PEPF00000170.mail.protection.outlook.com rejected your message to the following email addresses:**

John.Megary@dot.gov (John.Megary@dot.gov)

Your message was rejected by the recipient's domain because the recipient's email address isn't listed in the domain's directory. It might be misspelled or it might not exist. Try to fix the problem by doing one or more of the following:

1. Send the message again - delete and retype the address before resending. If your email program automatically suggests an address to use, don't select it - type the complete email address.
2. Clear the recipient Auto-Complete List in your email program by following the steps in [this article](). Then resend the message.

**For Email Administrators**

Directory based edge blocking is enabled for the recipient's organization and the recipient wasn't found in their directory. If the sender is using the correct address but continues to experience the problem, contact the recipient's email admin and tell them about the problem. To fix this they should resynchronize their on-premises and cloud directories.

**DS4PEPF00000170.mail.protection.outlook.com gave this error:**
**Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DS4PEPF00000170.namprd09.prod.outlook.com 2025-08-17T06:50:51.573Z 08DDDBF2350ED64D]**

Diagnostic information for administrators:

Generating server: DM4PR19MB6463.namprd19.prod.outlook.com

John.Megary@dot.gov
DS4PEPF00000170.mail.protection.outlook.com
Remote server returned '550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors [DS4PEPF00000170.namprd09.prod.outlook.com 2025-08-17T06:50:51.573Z 08DDDBF2350ED64D]'

Original message headers:

ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;
 b=hdFqPWMSdS7CmCkhch76VjcUE8CEKoGfAulbMQzd4Q4J8r1/0a9ISBwGTUXsewsBg4+QnNyzU9+AlCQ1xOOIEirDCHIp01pPqDynZrPo/F7wTcskZEGABeflfemO8A8Aap1oKE+nxrEmQz+hONpijh2ey19Hhnq1/JnLYCD1ZbJN+EfV5ur/Xc8CFvaNUm1+tYtJhss
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 b=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-MessageData-ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-MessageData-1;
 b=bLR9QONLSHcqYKNLt+Q7cGZ/hmq+P/UfTOYNJWUj7sTzC50ND2g62SkZeK09BcqPEYZMaxrO+2mTJaQvVexrUp09PA9PqP5zpBq1LahUjxjEQN8QymKzh4j3xYhGnOLsPeuyCtubBm4aL8PuRNj2FxzDgdmpGgjdvY+axU7y85BMMfA+PQQvcoHGMYxMRrQ2s
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=none; dmarc=none;
 dkim=none; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=outlook.com;
 s=selector1;
 b=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=7mA5fvpkI0+n62IKaJKCgXn7H2Ww6qz3jHSQnKLJu9Q=;
 b=01wLW9bo2348Q12ZIRBWUI9AaT6nitXVifb15PhggUHaFrWJCH6x8DEDxbGGO9fddTEGg4ci/63GP4OH5iJRKei9j1gVU9owsK4bB4qLX7uZ/rKDokN1e9dVm218c99DZX1Gb+cjFVVUaQRtKo+0me3InpCwuqCxP4ir3Pm25br2y7tBKPdr9h0p2C8JrisoO12y
Received: from MN6PR19MB0013.namprd19.prod.outlook.com (2603:10b6:301:69::12)
 by DM4PR19MB6463.namprd19.prod.outlook.com (2603:10b6:8:b7::11) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9031.15; Sun, 17 Aug
 2025 06:50:36 +0000
Received: from MN6PR19MB0013.namprd19.prod.outlook.com
 ([fe80::70f4:c145:22b1:16f5]) by MN6PR19MB0013.namprd19.prod.outlook.com
 ([fe80::70f4:c145:22b1:16f5%6]) with mapi id 15.20.9009.016; Sun, 17 Aug 2025
 06:50:36 +0000
From: Hiran Rodriguez <hiranrodriguez@outlook.com>
To: "Fatima.Haxbun@railnola.com" <Fatima.Haxbun@railnola.com>,
    "tomeka.bryant@railnola.com" <tomeka.bryant@railnola.com>,
    "jp.escudier@portnola.com" <jp.escudier@portnola.com>,
    "michelle.scelson@portnola.com" <michelle.scelson@portnola.com>,

"alora.madere@portnola.com"

CC: "hr@railnola.com" <hr@railnola.com>, "John.Megary@dot.gov"

<John.Megary@dot.gov>, "frape@dot.gov" <frape@dot.gov>

Subject: =?Windows-1252?Q?Complaint_Submission_=96_NOPB_Locomotive_2006_Incident_(?=

 =?Windows-1252?Q?August_16,_2025,_Bloomfield_Street,_Jefferson_Parish,_LA?=

 =?Windows-1252?Q?)_?=

Thread-Topic: =?Windows-1252?Q?Complaint_Submission_=96_NOPB_Locomotive_2006_Incident_(?=

 =?Windows-1252?Q?August_16,_2025,_Bloomfield_Street,_Jefferson_Parish,_LA?=

 =?Windows-1252?Q?)_?=

Thread-Index: AQHcD0FQ1TShr1VfJU2DB9/8gKu8HQ==

Date: Sun, 17 Aug 2025 06:50:35 +0000

Message-ID: <MN9PMi9MB00133540624D5E06339ED026CF36A8MN9PMi9MB0013.namprd19.prod.outlook.com>

Accept-Language: en-US

Content-Language: en-US

X-MS-Has-Attach: yes

X-MS-TNEF-Correlator:

x-ms-reactions: allow

x-ms-publictraffictype: Email

x-ms-traffictypediagnostic: MN9PM19MB0013:EE_|DM4PR19MB6463:EE_

x-ms-office365-filtering-correlation-id: c6b20b60-7f90-4251-74cd-08dddd5a5e36

x-microsoft-antispam: BCL:0;ARA:14566002|224025990018|1303199903|15080799012|6092099016|41001999006|31061999003|19110799012|8062599012|5062599005|14010799003|8060799013|461199028|102099032|341219902

x-microsoft-antispam-message-info: =?Windows-1252?Q?mWBHR7u/acIqvxwyAiY88hUQy788jCyo7G9QdDBwous1q0n+jTg1uXLw7=

 =?Windows-1252?Q?nWf5p11Jb2dgF5mhTmvIyBsx7dQNwKGlqYb18Kih1grhh/tRIs8zRpp01Lf=

 =?Windows-1252?Q?hJ7JZYV4DW1hZEv5GzXfg7WWfGifcydYpFl3MmcE8x7e0rwtG3wVmwbfv8?=

 =?Windows-1252?Q?qFJmkjwvpeLrVNuQN+x5TJ511K5Nri1WUgx5cTl2tvCEuRJ9NCrBB61pb?=

 =?Windows-1252?Q?KQJNQxn8sEP8qJn97KCndywfIvMrAKnQZhBEk/YRtXNoiqXMDEBRuAn0?=

 =?Windows-1252?Q?VDk7nUldNQ5JRoebxhiPG40FcqGrQ70B/B8YQxQe5V3PSgBsw78Ned8I7?=

 =?Windows-1252?Q?pg0TPEKASM18D69hds3ay2hnhLqva82sQ6GborbQo+Szau2wVBCIcDnJ7?=

 =?Windows-1252?Q?zeQRe3C0+X5ObOoh/Jzu5JTNirQaNaLumjuQXPhzVkBUjkiGs7EK12+Bf?=

 =?Windows-1252?Q?m31Vzm6k41mu5DanOT9iXnx+jxhRp6zZ17TLZAQLf3/ovd21vV4dCn7B7?=

 =?Windows-1252?Q?Di7w8woDVLs08iuBfJQ7FuQS//FFbKMbvWIWVvgaZAEMzuNQfq02GNx+7=

 =?Windows-1252?Q?yGii1bNX0QYQA0bEmyhTKntFx8jxHEYObC9tioiv7Eb6JGq4o2udH2fZ7=

 =?Windows-1252?Q?h8waZ2MWAwWm8Cc6iPEoUnyhyPTimc0KEefr8GYkk8mie7z86au6tVbq9?=

 =?Windows-1252?Q?dEBERLq08YeKYjmrjliRDfT5eJ7ODkFXFYTnzu4tS9R8475uBB/WyUks6M?=

 =?Windows-1252?Q?qVFKOoQzVfd/Qw18mUkc4V8jcbrkJI7GN0YB3G3XzpY7+wRTXuart11T?=

 =?Windows-1252?Q?+msBN+gq0EFjC4mm69FWkUN/RLPG0xxTyM8hu/CWTkKGmQt+k2qhOc6d?=

 =?Windows-1252?Q?ryHGltMDr+5mq+NdVJFk8WSmfomA0urKwciRJ8r0jVJpj9qJqpCpoYKNq7=

 =?Windows-1252?Q?m1t1u2XQTb26tzUqtGdbOCxmXitOQooW98CYtVNbbwMe2tx315Tpqvtf7=

 =?Windows-1252?Q?qunbrLcnDfyqvYM8zlsen/ajE9gxLGbKPEJq88c1zjMytfpnOCppmjxU7=

 =?Windows-1252?Q?p91MUNKC0iSMy8/yGb7MuIROB8F3IEs59grhAtg108deGtYstbiaZNmW7=

 =?Windows-1252?Q?4p59tULMKkZVcVx5yFxQQ1mugpyipYXhJmEJOs8zYEiPUALUw1bY5pvKt7=

 =?Windows-1252?Q?qqe6zPQ0qQU4Ljsgq6iRAaEkrgt9yttpoJKFce96UtoXtGUuyIGMdCcF7=

 =?Windows-1252?Q?n8BqMBtOz99CW8tz5G/GKfrbBGG58q37QESTVIK9fH63OmAkTua1/Irhf7=

 =?Windows-1252?Q?nGCQBCqVQtc6baK7qWvwA4WOQE//oKhGNM0h89o60qCNx79qE7Lx8/+Qf=

 =?Windows-1252?Q?tnkelvGZWG4J08WEEJajF/dxGrS4AmT9afKBVHYGWUPL74D6WjoBMqfQ7=

x-ms-exchange-antispam-messagedata-chunkcount: 1

x-ms-exchange-antispam-messagedata-0: =?Windows-1252?F6d+51BlJkqvPxJesHzr51fsJnUEOdbQs4f4wi88husDP4W542g9WIhmG7=

 =?Windows-1252?Q?6xhd1fJpzo08mjFEWy2KzhSy6U2b6dpxxh46a8yocDt0pnly0pQ+qhuK87=

 =?Windows-1252?Q?8x1eUJsLJY8Gi00G9SmkDohCD257/vBJJF5BKRGpk9oGb3ECwmYaL2447=

 =?Windows-1252?Q?JfbomYPauQvsJt2RzbhBLXFIvvqSqm18uu7BaPuui0Y8hoYDN6e8LCKAi7=

 =?Windows-1252?Q?HGrBN5L675Qssjp839E1AMSRAfhacVHA0w/44z2AzNWe4tyPn2G/It5V7=

 =?Windows-1252?Q?820fyWnXvS4R8BGLMssMVavvE0mDnL+4Tzzq0pR+yDWNhmeC8TxdNK17=

 =?Windows-1252?Q?e20MLZUR1h0+9OBsa6v0FxTNnXkG9triyQ06yqRFuR48fZ2KtyotIt+Vif=

 =?Windows-1252?Q?g1BBU7RKkrzngPJyfO4wmjHnUN6wPquwRwq8s6jQwTma19f6anGA1dD3w7=

 =?Windows-1252?Q?1+9nnOthwOEZTv7cL6VotKBbgs6J81N54foRalFz+CPuvri+wC+V0uEt7=

 =?Windows-1252?Q?MitFJnoBmen1D5AUX1SBMb2Xv4Lvb4QN4EJGyfSGc7jyaDXRqJHuRLb27=

 =?Windows-1252?Q?ed/UafAhoSShzisqQh16Dp+oF1S8RT16ZFz2fYTa+3t6qj/rVYw2H0uV27=

 =?Windows-1252?Q?cml4t14J8Dpq8LdQauqhbQ8OtKYqjy58zGFJyIOLjnLh0bf015faZjTe7=

 =?Windows-1252?Q?o7ba31EuqTY+4hIEdoYXeHmVDGnQN6EvjNU5JwxttZPfPuyaw09ck4CF7=

 =?Windows-1252?Q?Qc5JVMEB2M2s0XAjPvVk0rT0kQ0Gi8iQmDEBwnTmR+FUQEwqR8VnKwjZ7=

=?Windows-1252?Q?g&c60yEuN+8TeuUxeASECkW3dAwEUxx6cXHS+FkNXbCCuoHQ?=
=?Windows-1252?Q?iLRKmBUUpcqqn2+L1G/GzqNTBiotLD+phCU7qOuGHn29lkodjX/2n3HO2?=
=?Windows-1252?Q?4D2TTQgGOR7JcJo16+Jj5byb9IK10vF4xz1NJHnCUx37vzvJbiAEn5gT7?=
=?Windows-1252?Q?1zZ2tAWrp8zjAyPxfEwovTe8Pmlocsk5u788t41RKFTZBPrzGP0yioJ17=
=?Windows-1252?Q?O5iBkHkxQGMgMPcepuYM0Wy1Y/aYoy+T3jYGP2BB8aGHdOYoGxrkXF1IT=
=?Windows-1252?Q?Gv0WfSAy/Asz01gdcHUJZSSQwGVH3piZrGOLZsbUjwlSSGfg5d4e15GF7=
=?Windows-1252?Q?D8gFbfmol0uSoF5bEHNkFLRhr7Gbdz68Cq1S7TQ3+VTI6OlHPwmmYMze7=
=?Windows-1252?Q?4MMthjqa2lxrv47yK1NPb/Inv68api24YFq4AOwN8oUyd6pvtzdY7HHM7=
=?Windows-1252?Q?jElqhcEgo0izcCorj6LsL+htfoAANQ8Sy8H9ucV8zrQ9wqeUQaMRceOQ07=
=?Windows-1252?Q?D1+YrioKCz/V5tCzuvbp1B8z+4yqb9Eq92CSBeYzz/r4AdXte2um04JA7=
=?Windows-1252?Q?6JIpBqvQpjbXv5C+hEhnZw+3D+3D?=
Content-Type: multipart/mixed;
        boundary="_011_MWHPR19MB0013354062A05E06339ED026CF36AMWHPR19MB0013namp_"
MIME-Version: 1.0
X-OriginatorOrg: outlook.com
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: MWHPR19MB0013.namprd19.prod.outlook.com
X-MS-Exchange-CrossTenant-RMS-PersistedConsumerOrg: 00000000-0000-0000-0000-000000000000
X-MS-Exchange-CrossTenant-Network-Message-Id: c6b20b60-7f90-4251-74cd-08dddd5a5e36
X-MS-Exchange-CrossTenant-originalarrivaltime: 17 Aug 2025 06:50:35.3864
 (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: 84df9e7f-e9f6-40af-b435-aaaaaaaaaaaa
X-MS-Exchange-CrossTenant-rms-persistedconsumerorg: 00000000-0000-0000-0000-000000000000
X-MS-Exchange-Transport-CrossTenantHeadersStamped: DM4PR19MB6463

2 Emails

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

August 16, 2025

Via Email To:

Fatima Hasbun – Fatima.Hasbun@railnola.com

Tomeka Bryant – tomeka.bryant@railnola.com

J.P. Escudier – jp.escudier@portnola.com

Michelle Scelson – michelle.scelson@portnola.com

Alora Madere – alora.madere@portnola.com

**Re: Formal Complaint – Harassment, Retaliatory Horn Abuse, and Unauthorized Surveillance by NOPB Locomotive Crew (Engine 2006, August 16, 2025, 7:43 PM, Bloomfield St., Jefferson Parish, LA)**

---

Dear Ms. Hasbun, Ms. Bryant, Mr. Escudier, Ms. Scelson, and Ms. Madere:

I respectfully submit this formal complaint and evidentiary package regarding harassment, unauthorized surveillance, and retaliatory conduct by employees of the New Orleans Public Belt Railroad Corporation ("NOPB").

On August 16, 2025, at approximately 7:43 PM, NOPB Locomotive #2006 was recorded operating near Bloomfield Street, New Orleans, Louisiana (GPS 29.96202° N, 90.18380° W). The operator sounded the train horn in an excessive and retaliatory manner after becoming aware that I was documenting their conduct. This horn use was unrelated to any crossing or emergency and constitutes misuse in violation of 49 C.F.R. § 229.129.

This retaliatory action, compounded by unauthorized surveillance and persistent harassment near my residence, reflects misconduct requiring immediate remedial action. Prior complaints submitted to NOPB were dismissed on the basis of "SSI" exemptions, despite my lawful right to the identities of personnel involved in these actions.

Exhibits Submitted

1. Exhibit A – Declaration of Hiran Rodriguez Regarding NOPB Locomotive 2006 Incident (Aug. 16, 2025) (with photos, GPS data, and video reference).

2. Exhibit B – NOPB SSI Challenge Correspondence (Locomotive 4588, June 23, 2025).

3. Exhibit C – Public Records Request re: Locomotive 1078.

Relief Requested

• Identification of crew members operating Locomotive #2006 on August 16, 2025.

• Confirmation of disciplinary measures for retaliatory horn use and harassment.

• Written assurance of compliance with FRA safety regulations.

• A written response within 30 days.

Thank you for your prompt attention to this matter. Please confirm receipt of this complaint and accompanying exhibits.

Respectfully submitted,

*Hiran Rodriguez*

*/s/ Hiran Rodriguez*

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

# Declaration of Hiran Rodriguez Regarding NOPB Locomotive 2006 Incident

# (Exhibit A)

## Table of Authorities

None cited in this declaration; forensic evidence only.

## 1. Introduction

I, Hiran Rodriguez, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

## 2. Evidence from August 16, 2025 Locomotive 2006 Incident

On August 16, 2025, at approximately 7:43 PM, I observed and documented New Orleans Public Belt Railroad ("NOPB") Locomotive 2006 operating near Bloomfield Street, New Orleans, Louisiana (GPS 29.96202° N, 90.18380° W).

The operator engaged in retaliatory and excessive horn use unrelated to crossings or emergencies. This horn blast was directed in response to my documentation activities and intended to harass and intimidate.

I collected photographic and video evidence including images of the locomotive, identifiable crew members, GPS location mapping, and a video clip of the horn blast.

These artifacts have been preserved and cryptographically hashed for evidentiary integrity.

## Cryptographic Hashes for IMG_3770.MOV:

(a) MD5: 23ab4ee11e4a6c326148aa905afc8806

(b) SHA1: 533525f238364c8c67a38b67c129c9ecc1d92b83

(c)                                                                    SHA256:

90a84a02699e5fd210ce3562ca0493a412d499f0baab0b19a0721cf22f64aac2

### 3. Conclusion

The evidence demonstrates retaliatory horn misuse and harassment by NOPB crew members, tied to my prior complaints and documentation of misconduct.

This declaration authenticates the incident evidence for use in administrative, regulatory, and judicial proceedings.

Executed on August 16, 2025, at Jefferson Parish, Louisiana.

*Hiran Rodriguez*
*/s/ Hiran Rodriguez*

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

**From:** Hiran Rodriguez hiranrodriguez@outlook.com

**To:** publicrecordrequests@railnola.com , Hiran Rodriguez hiranrodriguez@outlook.com

**Date:** Tue, May 27, 2025, 6:02 AM

HIRAN RODRIGUEZ

820 Grove Ave

Metairie, LA 70003-7024

Email: hiranrodriguezhiran@outlook.com

May 27, 2025


Custodian of Records

New Orleans Public Belt Railroad Commission

4822 Tchoupitoulas St.

New Orleans, LA 70115


Re: Public Records Request – Locomotive No. 1078 Crossing of Huey P. Long Bridge on May 26, 2025


Dear Custodian:


Pursuant to the Louisiana Public Records Act, La. R.S. § 44:1 et seq., I hereby request copies of all movement or dispatch logs maintained by the New Orleans Public Belt Railroad (NOPB) documenting the crossing of Locomotive No. 1078 over the Huey P. Long Bridge on or near May 26, 2025, at approximately 11:40 PM CDT.


Although previous correspondence from NOPB indicates there are no operations directly adjacent to my residence at 820 Grove Ave, Metairie, LA 70003-7024, the Huey P. Long Bridge is located approximately 3.4 miles from my home. The bridge's train operations are audibly noticeable from my residence, especially at night, indicating that train movements over the bridge have a direct impact on my living environment.


Given the bridge's significance and its operational oversight by NOPB, these records are essential to understand the timing and extent of train activities affecting the local community.

Additionally, this request seeks the full name(s), employment status, and agency/operator affiliation of the individual(s) operating the locomotive recorded near 820 Grove Ave, Metairie, LA, on the date and time referenced. This information is necessary for public accountability and to identify the responsible operator entity.

If the cost of processing this request exceeds $50.00, please notify me before proceeding. I prefer to receive all responsive records electronically at the email address provided above.

Thank you for your prompt attention to this matter. I look forward to your timely response within the period required by law.

Respectfully,

HIRAN RODRIGUEZ

---

| From: | Fatima Hasbun Fatima.Hasbun@railnola.com |
|---|---|
| To: | Hiran Rodriguez hiranrodriguez@outlook.com |
| Cc: | Tomeka Bryant tomeka.bryant@railnola.com, J. P. Escudier jp.escudier@portnola.com, Michelle Scelson michelle.scelson@portnola.com, Alora Madere alora.madere@portnola.com |
| Date: | Fri, Jun 13, 2025, 4:14 PM |

Mr. Rodriguez,

We are in receipt of the Public Records request below.

Our Legal Department has determined the requested information regarding scheduling of train movements is classified as Sensitive Security Information (SSI) and is exempt from disclosure pursuant to the provisions of 49 U.S.C §114 and 49 C.F.R. §1520.

Regards,

2 Emails

June 23, 2025

**VIA ELECTRONIC MAIL**

Sara Hasbun

Legal Department

New Orleans Public Belt Railroad

Public Records Department

NOPBRecords@nola.gov

**RE: Challenge to Public Records Denial – <u>Locomotive No. 4588 Crossing of Huey P. Long Bridge on May 27, 2025</u>**

Dear Ms. Hasbun:

Thank you for your response regarding my public records request for records pertaining to **Locomotive No. 4588** crossing the **Huey P. Long Bridge** on May 27, 2025.

I note your reliance on **49 U.S.C. §114** and **49 C.F.R. §1520** to withhold all responsive records as Sensitive Security Information (SSI).

**Formal Response and Requests:**

1. Please provide a written explanation describing the basis for SSI classification for each withheld record.

2. Please release any segregable, non-SSI portions (e.g., redacted records omitting sensitive details).

3. Please provide the name and contact information for your agency's SSI Determination Officer or the person responsible for appeals of SSI designations.

4. If possible, provide a Vaughn index or itemized log of withheld records for evidentiary and litigation purposes.

This request is made in connection with ongoing federal litigation and for purposes of preserving the record.

Thank you for your continued attention.

**Respectfully,**

**s/ Hiran Rodriguez**

820 Grove Ave

Metairie, LA 70003

hiranrodriguez@outlook.com

(504) 203-8459





**From:** Hiran Rodriguez hiranrodriguez@outlook.com

**To:** Fatima Hasbun fatima.hasbun@railnola.com, Tomeka Bryant tomeka.bryant@railnola.com, J. P. Escudier jp.escudier@portnola.com, Michelle Scelson michelle.scelson@portnola.com, Alora Madere alora.madere@portnola.com, destiny.jones@railnola.com

**Bcc:** Hiran Rodriguez hiran.rodriguez.prose@mailfence.com

**Date:** Tue, Sep 2, 2025, 1:48 PM

NOW INTO COURT and before your Corporation, comes the undersigned, to place on record a continuing course of harassment and misconduct involving NOPB crew personnel.

For months, I have reported repeated retaliatory noise harassment and targeted disturbances tied to your operations. I have filed violation reports with FRA Region 5, accompanied by evidence photographs clearly identifying the crew involved.

Despite at least five or more emails sent to your personnel over recent months, the harassment has not ceased. The conduct continues unabated, escalating in a pattern of intimidation and interference with ongoing litigation.

This activity is directly obstructing pending federal proceedings:

- Rodriguez v. Meta Platforms, No. 25-30297 (5th Cir.);
- Rodriguez v. Meta Platforms, et al., No. 2:25-cv-00197-JCZ-DPC (E.D. La.).

NOPB is now on clear notice that its crew members have been positively identified, documented, and reported, yet remain active in retaliatory misconduct.

Accordingly, DEMAND is hereby made that NOPB:

1. Provide written acknowledgment of this notice;

2. Conduct immediate investigation into the identified create... photographed and reported;

3. Remove from service any operators engaged in retaliatory harassment; and

4. Provide written assurance of corrective measures to prevent recurrence.

Failure to act will be deemed willful acquiescence, compounding NOPB's liability for harassment, retaliation, and interference with federal proceedings. A written response is demanded no later than September 6, 2025.

Respectfully,

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodrigue@outlook.com

---

**From:** Michelle Scelson michelle.scelson@portnola.com
**To:** Hiran Rodriguez hiranrodriguez@outlook.com
**Cc:** Fatima Hasbun fatima.hasbun@railnola.com, Tomeka Bryant tomeka.bryant@railnola.com, Alora Madere alora.madere@portnola.com, Jean Paul Escudier jp.escudier@portnola.com
**Date:** Wed, Sep 3, 2025, 1:53 PM

Mr. Rodriguez,

We are in receipt of your correspondence below as well as the correspondence you sent on August 17, 2025.

As an initial matter, we investigated your complaints into the crew working on August 16, 2025 and find them to be without merit. The crew blew the horn as it approached a crossing in accordance with and as required by federal regulations.

To the extent that your correspondence on August 16, 2025 met the legal requirements for a public records request, such request for information regarding train schedules/operations constitutes sensitive security information and therefore, pursuant to the provisions of 49 U.S.C §§114(r) and (s) and 49 C.F.R. §§15.5 and 1520.5, cannot be released.

Moreover, we find your conduct, including but not limited to, surveilling and photographing our employees, and continued threatening correspondence with meritless allegations and citations to a federal lawsuit that was dismissed with prejudice to be harassing and abusive. NOPB hereby demands that such conduct stop immediately. To the extent that you were on NOPB property while surveilling and/or photographing our employees, please be advised that such property is private property; and NOPB hereby demands that such trespassing cease immediately. Any improper entry onto NOPB property may result in calls to the appropriate authorities and/or legal action.

Any further communications of a similar nature will be deemed improper and/or burdensome and will not be afforded a response.

Sincerely,

Michelle W. Scelson

---

From: Hiran Rodriguez hiranrodriguez@outlook.com
To: Michelle Scelson michelle.scelson@portnola.com
Cc: Fatima Hasbun fatima.hasbun@railnola.com, Tomeka Bryant tomeka.bryant@railnola.com, Alora Madere alora.madere@portnola.com, Jean Paul Escudier jp.escudier@portnola.com
Date: Wed, Sep 3, 2025, 3:24 PM

Dear Ms. Hasbun and NOPB Management,

I acknowledge receipt of your September 3, 2025 correspondence regarding my September 2, 2025 complaint.

1. Admission of Review of Aug 16, 2025 Crew
   Your letter states that NOPB "investigated" the crew on August 16, 2025. This confirms that responsive records exist identifying operators and duties, including the

crew involved in these motion records. Such records are relevant and are hereby demanded for preservation.

2. **Denial of Access Under SSI Provisions**
   You have cited 49 U.S.C. §§ 114(r), (s) and 49 C.F.R. §§ 15.5, 1520.5 to withhold crew identities and operating information. Respectfully, those provisions apply to transportation security sensitive data, not to routine employment records, crew rosters, or operational logs. Accordingly, I dispute the applicability of SSI to the materials requested.

3. **Accusations Against Complainant**
   Your accusations of trespass, "harassment," or threatening conduct are rejected as false, retaliatory, and unsupported by fact. All documentation has been gathered from public vantage points or lawful sources, and all communications have been professional and in furtherance of pending federal litigation.

4. **Notice of Federal Proceedings**
   As you are aware, these matters are subject to ongoing proceedings in the U.S. Court of Appeals for the Fifth Circuit (No. 25-30297) and U.S. District Court (No. 2:25-cv-00197). Your response and refusal to provide records will be preserved and filed as evidence.

Demand for Preservation and Further Action

- Preserve all crew assignments, schedules, communications, and event data concerning Locomotive 2006 (August 16, 2025) and subsequent horn blast incidents (June 1, July 9, August 27, 2025).

- Preserve all correspondence related to this complaint.

- Provide a written assurance within 10 days that no retaliatory actions will be taken against me for exercising my rights under federal law.

Failure to comply will result in further escalation to the Federal Railroad Administration, Surface Transportation Board, and the courts.

Respectfully,

/s/ Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

---

3 Emails













